IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| DONNA PURCELL and SHAWN PURCELL, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 11-7004 |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

**AND NOW,** this 10th day of February, 2012, upon consideration of the Motion to Dismiss Count Two and Count Three of Plaintiffs' Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendant, State Farm Mutual Automobile Insurance Company (Doc. No. 3), and the Answer to Defendant's Motion to Dismiss by Plaintiffs, Donna Purcell and Shawn Purcell, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and Count Two and Count Three of the Complaint are **DISMISSED**.

**IT IS FURTHER ORDERED** that Plaintiffs may amend their Complaint with respect to Count Two and Count Three within fifteen (15) business days from the date of this Order.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE